**Order filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00289-CR

_____

## EX PARTE TYGER WADE LUCAS

On Appeal from the County Criminal Court at Law No, 15
Harris County, Texas
Trial Court Cause No. 1811823 (formerly No. 1766653)

## O R D E R

Our review of the record in this case has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). The record does not contain Judge Robin Brown's findings of fact and conclusions of law from the May 23, 2012 hearing in Cause No. 1766653 (which was re-filed as No. 1811823), which were signed and filed June 25, 2012. These findings and conclusions relate to this court's Abatement Order issued October 16, 2012. Findings in response to the order were to be filed in a supplemental clerk's record on or before November 26, 2012.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **January 31, 2013**, containing Judge Robin Brown's findings of fact and conclusions of law from the May 23, 2012 hearing in Cause No. 1766653, which were signed and filed June 25, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM